# EXHIBIT 1

Hina R. Aslam



September 15th, 2025

Hon. Brandy R. McMillon
United States District Court
Eastern District of Michigan

Your Honor,

My name is Hina Aslam and I am writing this letter in support of my husband, Naveed Aslam.
I have been married to Naveed for 28 years. I have come to know him as a hardworking,
devoted, dependable, responsible, loving and compassionate human being.

When I first met Naveed, he was the eldest son in his family bearing the responsibilities of a
father figure. His father was working abroad so he could financially support his family and had
left Naveed to fill in his role. I saw my husband shouldering the responsibilities of running a
household, supporting his distraught mother, being a father figure to his younger siblings,
dealing with the pressures of medical school and doing charity work for the underprivileged.
Not to mention that he started juggling all these responsibilities at the age of 19.

As we started our journey of being a married couple, we were quickly blessed with an
unplanned pregnancy. I felt overwhelmed and scared to be a mother at the age of 20. But my
husband was my rock with his unwavering support through the early years of motherhood for
me. As time went on and our family grew, he has always been our sole provider. He always
made sure, no matter what, his family never went without.

That philosophy was not just for his immediate family. His generosity has helped provide for
his two sisters and younger brother, extended family, my family and whenever someone was in
need financially, physically and emotionally. Throughout our years together, I have seen him
give and hardly ever take. Give to our family, give to his community, give to his patients, give
to his and my elderly parents.

I would also like to emphasize Naveed's strong work ethics and compassion as a physician. I
have had the pleasure of meeting countless patients of his and heard about the impact he has
made on their lives. Even after the indictment, we were recently approached by a patient's
family member telling us how much how he was there for them during their darkest time.

My husband is my everything. Without him our family does not work. Not only for me, but especially for our youngest son who is 15 and has been struggling with major mental health issues. He is a struggling teenager who is the closest to his dad and really needs him during this vulnerable time in his life.

The events that have lead to the current charges have been incredibly difficult for our family. I can see the deep pain my husband carries knowing how his family and patients are being affected by all this.

I respectfully ask for compassion and understanding in Naveed's case. I know his potential to continue the positive contributions to his family, his patients and the community. Thank you for taking the time to read my perspective. I hope and pray that you see the good in him and give him that opportunity to demonstrate his goodness and commitment to public service.


Sincerely,

Hina Aslam