# EXHIBIT 2

November 8, 2025

Dear Honorable Judge Brandy McMillion,

Thank you very much for allowing me the opportunity to speak with you directly. My name is Naiel, and I am Dr. Naveed Aslam's oldest son. This last year has been incredibly challenging for my family. I have spent so much time wishing I could explain what kind of man my father is, and what makes this entire situation so unfortunate. I greatly appreciate this opportunity to do so.

My dad is one of my biggest role models, and I have always strived to be a man like him. He has constantly exemplified hard work, integrity, and responsibility. Once the possibility of him not being in our lives started to become a grim reality, we realized just how much he does for us every day, and it is not just our family. My entire life my dad has shown us the importance of charity, volunteering, and helping others. Whether it be spending his weekends working at a free clinic in Detroit or working on the board of our elementary school for almost 17 years, he has always put other people ahead of himself.

Above all else, he has devoted his life to helping people that are going through the toughest time of their lives. Having worked for him on many occasions, I was able to see firsthand what a huge difference he has made in his patients' lives. I have no idea how many gift baskets and letters we have received thanking him and showing appreciation for what he does. I remember working in his practice and being overcome by emotion due to the struggles his patients were going through and being amazed by the compassion he showed them and how he is able to come home without being completely burnt out after giving so much every day. The moment that stood out to me the most was when a girl from my high school, whom I had never spoken to before, messaged me out of the blue just to tell me that my dad saved her mother's life, and how much that meant to her. In that moment I can't tell you how proud I was that he was my dad.

Outside of being a doctor, my dad is a huge nerd who loves nothing more than spending time with his family. I have so many wonderful memories of him playing video games with us as kids, taking us out to try new restaurants, or coming with me to watch the Tigers play. My dad likes to say that he has always watched sports, but I know he only started to when I did. Sports have been a huge bonding experience for us, and we are sure to call every Sunday to debrief about the football games from the day. He also instilled a love of movies in me. I will never forget watching all 6 Star Wars movies with him when I was young, it made me a fan for life, and I have the tattoo to prove it.

During all this craziness, I have been in the final clinical year of my veterinary medicine degree. The anxiety of this case has made an already stressful time much harder, and yet at every stage of my career, my dad has always been there for me. When I am absolutely spiraling because I missed my flight, my dad was there. When I was moving halfway across the world, my dad dropped everything to come with me and move me in. When I was too overwhelmed to get out of bed my dad got me out and got everything settled before he left. Now, I am despondent that he won't be able to come see me graduate and have all his dedication pay off.

Of course he is not perfect, and we have had our issues throughout the years. Despite that, even when we aren't getting along he has ALWAYS been a good father. Chaperoning my field trips, making appointments for me that I didn't even know I needed, and always being happy to give me advice when I ask, I know I would not be anywhere near the man I am today without him.

He is a good man that would never knowingly put his family at risk. Time and time again he has taught us to be honest, work hard, and to be the best at what we do. His one and only priority is his family. Whether it is me, my brothers, my mom, his in-laws, his siblings, or taking care of everything when his father passed away last summer, my dad always finds a way to make sure everyone and everything is handled. I am constantly astounded by how he is able to cope with the enormous pressure he always seems to be under.

As someone of your position and intersectionality, I am sure you recognize the chaos that has been going on in our country as of late. No matter what is happening, my dad always makes us feel safe and protected, and we are terrified of the thought of him not being around. Please don't take our dad from us. Thank you for your time and consideration, and I hope this has helped give a better picture of the kind of man my dad is. I trust you will make a fair ruling and I look forward to having this trying time behind us.

Sincerely,

Naiel Aslam