# EXHIBIT 7

To the Honorable Brandy R. McMillion,                                    Sept 17th, 2025

I am writing on behalf of Dr. Naveed Aslam. I met Dr. Aslam in the spring of 2017, shortly after my wife, Alison Davis, was diagnosed with stage 2 breast cancer. He came highly recommended to us through a family member with a friend on the Beaumont Board of Directors. Dr. Aslam was exactly what and who Alison needed. Alison was a very sensitive woman and easily put off by doctors without a gently "bedside manner". She was very apprehensive of traditional medicine and at first determined to pursue alternative treatments for her cancer. I accompanied Alison to every appointment, and what I saw was truly impressive. Dr. Aslam listened to her concerns, and instead of brushing off her warriness, he asked questions, was patient, and explained in clear terms how his recommended treatment would progress. She agreed to the treatment. Dr. Aslam never rushed her, made her feel safe and heard, and he helped save her life.

After a year of treatment, including chemo, surgery and radiation, my wife was given a good diagnosis for the future (by a surgeon and radiologist as well). Unfortanely, cancer does what it wants, and in the spring of 2019, her cancer returned as stage 4 metastatic. Alison, our two children (18 & 22 at the time), our entire family and myself were devastated. Dr. Aslam was a rock. He guided Alison into treatment and encouraged her that there was a life to be lived. He greeted and said goodbye to her at each appointment with a hug. Once again, he was just what she needed. He spent as much time with Alison as needed, never left us feeling rushed, and always feeling listened to and cared for.

February 1st, 2021, almost two years into my late wife's stage 4 diagnosis and treatment, I was diagnosed with a very aggressive form of leukemia (APL). I spent 6 ½ weeks in Royal Oak Beaumont. Dr. Aslman visited me weekly. Upon being released on St. Patrick's Day, I had to make a decision about my outpatient treatment, who would be my oncologist? It was not even a decision,... it would be Dr. Naveed Aslam,... "Doc". I had come to greatly respect Dr. Aslam, not just as a skilled oncologist, but as a human being. I had no doubt who I would entrust my life to.

Over the next year, which unknowingly would be Alison's last, my relationship with Dr. Aslam grew as we interacted as doctor/caregiver, doctor/patient, and over time friends. I was in his office weekly for almost a year, then gradually less often. His empathetic and caring personality didn't just create a positive doctor-patient relationship, it created a community within his office. I felt at home when I came for an appointment. It was clear that the office staff enjoyed coming to work and felt like a family (not to mention them saying those words to me).

On Sunday, January 23rd, the day before my wife passed, Dr. Aslam visited our home despite a snow storm that kept most rational people indoors. He spent over 2 hours with Alison, our children and family. It is difficult to put into words the positive impact on my our lives and the gratitude I have for Dr. Aslam. I can not imagine going through what we did without him.

I would continue with outpatient chemotherapy and testing of all sorts for over two years from being released from the hospital. I then continued my appointments with Dr. Aslam until the final

week of his practice. Almost three years after the passing of my wife, I was now the one to be made to feel safe, cared for, and hugged upon showing up and departing. He cared for my emotional health as much as my physical health. We talked about family, my personal life and more. I miss him. At this point in my recovery I will be fine without him, and my current oncologist is excellent (recommended by Dr. Aslam), but this experience has reinforced everything I have said previously. I can not stop thinking of all of the potential patients that have not had the opportunity to experience what my family has under his care. The idea of Dr. Naveed Aslam not practicing medicine simply does not make sense to me, and I will remain saddened until he can once again help people like my wife and I.

Sincerely,

Jeffery F. Kowalewski